**571  DORLAND vs. SUPERIOR COURT JUDGE (Grand Rapids), 78 M., 182.**

To compel respondent to make an order directing that relator's witness' and attorney fees in a street-opening case be taxed and paid by the City.

Granted as to witness' fees, but denied as to attorney fees, November 15, 1889.

Held, that Sec. 19, of Act No. 236, Laws of 1889, making it lawful for a judge in a street-opening case to order the payment by the city to respondent of such a reasonable attorney fee as he may deem just, not exceeding $25, is not mandatory, but the matter of attorney fees is left discretionary with the judge.